In re **Clarence B Benton**
     **Diana Benton**

Case No. **14-18102**
(if known)

*AMENDED 12/10/2014*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx5029**<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | C | DATE INCURRED: **01/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,971.00 |
| Representing:<br>**Capital One** | | | **Asset Acceptance, LLC**<br>**28405 Van Dyke Ave**<br>**Warren, MI 48690** | | | | Notice Only |
| ACCT #: **xxxx-xxxx-xxxx-4330**<br>**Discover Financial Svcs LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | C | DATE INCURRED: **04/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Discover Bank vs. Diana Benton and Doe I, Case# 11-2-22583-6, King County Superior Court** | | | | $9,395.00 |
| Representing:<br>**Discover Financial Svcs LLC** | | | **Krista L White & Associates, PS**<br>**1417 4th Ave, Ste 300**<br>**Seattle, WA 98101** | | | | Notice Only |
| ACCT #:<br>**Financial Asset Management Systems, Inc.**<br>**PO Box 451437**<br>**Atlanta, GA 31145-1437** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxxxxxxxxx4721**<br>**First Hawaiian Bank**<br>**2339 Kamehameha Hwy**<br>**Honolulu, HI 96819** | | C | DATE INCURRED: **07/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,136.00 |
| | | | | | | Subtotal > | $19,502.00 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

     **5**     continuation sheets attached

12/10/2014 04:41:56pm

B6F (Official Form 6F) (12/07) - Cont.
In re **Clarence B Benton**
**Diana Benton**
Case No. **14-18102**
(if known)

*AMENDED 12/10/2014*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**First Hawaiian Bank** | | | NCO Financial Systems, Inc.<br>507 PRUDENTIAL RD<br>PO BOX 1007<br>HORSHAM, PA, 19044-8007 | | | | Notice Only |
| ACCT #:<br>**JP Morgan Chase Bank Court Orders**<br>**PO BOx 183164**<br>**Columbus, OH 43218-3164** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxx6665**<br>**LabCorp**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $12.97 |
| ACCT #: **xxxxxxxxx8320**<br>**Macys**<br>**Bankruptcy Processing**<br>**PO Box 8053**<br>**Mason, OH 45040** | | C | DATE INCURRED: **02/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,282.00 |
| ACCT #: **xxxx-xxxx-xxxx-3578**<br>**Nordstrom fsb**<br>**PO Box 6566**<br>**Englewood, CO 80155** | | C | DATE INCURRED: **10/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,920.00 |
| ACCT #: **xxxx4712**<br>**Sallie Mae**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | X | C | DATE INCURRED: **12/2003**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | $9,411.00 |

Sheet no. __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$14,625.97**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence B Benton**
    **Diana Benton**

Case No. **14-18102**
(if known)

*AMENDED 12/10/2014*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Sallie Mae** | | | **Asset Recovery Solutions LLC** **2200 E Debon Ave** **Ste 200** **Des Plaines, IL 60018-4501** | | | | Notice Only |
| **Representing:** **Sallie Mae** | | | **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139-3442** | | | | Notice Only |
| ACCT #: **xxxx4712** **Sallie Mae** **PO Box 9500** **Wilkes-Barre, PA 18773** | X | C | DATE INCURRED: CONSIDERATION: **Student Loan** REMARKS: | | | | $29,333.81 |
| **Representing:** **Sallie Mae** | | | **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139-3442** | | | | Notice Only |
| ACCT #: **xxx3642** **Stellar Recovery Inc** **1327 Highway 2 Wes** **Kalispell, MT 59901** | | C | DATE INCURRED: **04/2013** CONSIDERATION: **Collection Attorney** REMARKS: | | | | $41.00 |
| **Representing:** **Stellar Recovery Inc** | | | **Dish Network** **PO Box 7203** **Pasadena, CA 91109-7303** | | | | Notice Only |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$29,374.81**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence B Benton**  
**Diana Benton**

Case No. **14-18102**  
(if known)

*AMENDED 12/10/2014*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx7634**<br>**Swedish Medical Group**<br>**Corporate Office**<br>**747 Broadway**<br>**Seattle, WA 98122** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $20.00 |
| Representing:<br>**Swedish Medical Group** | | | Swedish Medical Group<br>PO Box 84026<br>Seattle, wA 98124 | | | | Notice Only |
| Representing:<br>**Swedish Medical Group** | | | Swediush Medical Group<br>Attn: Legal Correspondence<br>PO Box 389668<br>Seattle, WA 98138-9668 | | | | Notice Only |
| ACCT #: **xxxx7877**<br>**US Department of Education**<br>**Bankruptcy Department**<br>**PO Box 65128**<br>**St. Paul, MN 55165** | X | C | DATE INCURRED: **09/2007**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $53,226.90 |
| Representing:<br>**US Department of Education** | | | FedLoan Servicin<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | | | | Notice Only |
| ACCT #: **xxxx3697**<br>**UW PHYSICIANS**<br>**PO BOX 50095**<br>**SEATTLE WA 98145-5095** | | C | DATE INCURRED: **10/2012**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $143.00 |

Sheet no. ___3___ of ___5___ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$53,389.90**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence B Benton**
**Diana Benton**

Case No. **14-18102**
(if known)

*AMENDED 12/10/2014*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**UW PHYSICIANS** | | | OSI Collection Services, Inc<br>PO Box 1007<br>Horsham, PA 19044-8007 | | | | Notice Only |
| ACCT #: **xxxx6550**<br>**UW PHYSICIANS**<br>**P O BOX 50095**<br>**SEATTLE WA 98145-5095** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $194.50 |
| ACCT #:<br>**Vida Integrated Health**<br>**2014 E. Madison St. #100**<br>**Seattle, WA, 98122** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $629.72 |
| ACCT #:<br>**Equifax**<br>**PO Box 740241**<br>**Atlanta, GA 30374-02471** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Experian**<br>**PO Box 4500**<br>**Allen, TX 75013** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $824.22

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Clarence B Benton**            Case No. **14-18102**
      **Diana Benton**
                                                                                               (if known)

*AMENDED 12/10/2014*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TransUnion**<br>**PO Box 2000**<br>**Chester, PA 19022-2000** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to       **Subtotal >**     **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                           **Total >**     **$117,716.90**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Clarence B Benton**  Case No. **14-18102**
**Diana Benton**

Chapter **7**

*AMENDED 12/10/2014*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $509,000.00 | | |
| B - Personal Property | No | 5 | $335,402.78 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $553,131.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $117,716.90 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 3 | | | $7,298.30 |
| J - Current Expenditures of Individual Debtor(s) | No | 4 | | | $7,295.73 |
| TOTAL | | 26 | $844,402.78 | $670,848.19 | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re **Clarence B Benton**　　　　　　　　　　　　　　　Case No. **14-18102**
**Diana Benton**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED 12/10/2014*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $91,971.71 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $91,971.71 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $7,298.30 |
| Average Expenses (from Schedule J, Line 22) | $7,295.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $9,323.85 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $38,131.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $117,716.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $155,848.19 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Clarence B Benton**  Case No. **14-18102**
    **Diana Benton**
                                                                                          (if known)

*AMENDED 12/10/2014*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **8** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **12/10/2014**        Signature **/s/ Clarence B Benton**
                                                   **Clarence B Benton**

Date **12/10/2014**        Signature **/s/ Diana Benton**
                                                   **Diana Benton**
                                                   [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.